UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANAH QUINTANA,

    Plaintiff,

v.                                            CASE NO: 8:15-cv-1086-T-26MAP

HUNTER WARFIELD,

    Defendant.
_____/

**O R D E R**

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, together with the Defendant's written submissions, including the affidavit of the Defendant's corporate counsel, it is **ordered and adjudged** that the Defendant's Opposed Motion to Set Aside Default and Motion for Relief From Default Judgment (Dkt. 13) is **granted.** It would be a gross abuse of this Court's discretion to deny the relief requested by the Defendant, especially in light of the facts recited in the affidavit, the fact that Defendant's counsel entered a notice of appearance on the same day that the Court entered an order directing the entry of a default judgment against the Defendant, and the fact that the Defendant's counsel promptly moved for relief one day after the Clerk entered the default judgment. Given these facts, the Court determines that the Defendant has more than amply established excusable neglect justifying the setting aside of the default judgment pursuant to Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship, 507 U.S. 380, 113 S.Ct. 1489, 123 L.Ed.2d 74 (1993).

**ACCORDINGLY**, the Clerk is directed to vacate the judgment entered June 15, 2015, at docket 12, and to reopen this case.  The Defendant shall file its answer and affirmative defenses to the Plaintiff's complaint within fourteen (14) days of the entry of this order.

**DONE AND ORDERED** at Tampa, Florida, on June 17, 2015.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

COPIES FURNISHED TO:
Counsel of Record